**Motion Granted and Order filed September 25, 2014.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-13-01041-CR**
_____

**SIMEON DESHON STATEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374615**

## ORDER

Appellant is represented by retained counsel, Brenda Doucette. Appellant's brief was originally due April 15, 2014. We have granted four extensions of time for a total of 157 days extension of time to file appellant's brief until September 19, 2014. No brief was filed. On September 19, 2014, counsel filed a further request for extension of time to file appellant's brief.

Because counsel alleges a recent exceptional circumstance, we GRANT the request.  However, because there has already been a five-month delay in filing the brief, we issue the following order.

We order **Brenda Doucette** to file a brief with the clerk of this Court on or before October 19, 2014. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of McCally, Brown, and Wise